### Exhibit A to the Complaint

**Location:** Albertville, MN  
**Total Works Infringed:** 37

**IP Address:** 131.93.232.69  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 17496EAD8202E4971DAF8F11AF109D9CF15D01DE<br>File Hash:<br>416189DA8FA32431E8F2E134DA7F44F040A4F4F4C70F44E8B166F50DE2ACBFD1 | 02-28-2023 03:48:56 | Vixen | 02-24-2023 | 03-07-2023 | PA0002400307 |
| 2 | Info Hash: 12CB3CAF76D76F88E13556704B1C13FC6902811E<br>File Hash:<br>B1F01BFBFC6B3E923D7F6F8786EB2955B1D0EA2483E0866F5EC52B59A161DACB | 02-11-2023 18:12:18 | Blacked Raw | 02-08-2023 | 03-06-2023 | PA0002399990 |
| 3 | Info Hash: C587D7D844493811E67C3945D6E504448A44CB6D<br>File Hash:<br>7B714CAD15B786523D93C122093E98271320F0BCEAB417C3CA9711C2300F1AB3 | 01-12-2023 01:22:11 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 4 | Info Hash: FEFB17CD157D5637C50AE1709D3D182D40A90263<br>File Hash:<br>F9076A40DEE60606FCC11FED18EA3CFA04D33EAAFB5B722E0E2310DD9DF9817D | 01-03-2023 09:11:36 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 5 | Info Hash: A644959E99A7E9119D745BCF028B01D155D8E6BC<br>File Hash:<br>E26E8A8914EDC7C0A8189EFB81D5E956905E268BD41E04DDF52599D4C43B5EFD | 12-29-2022 23:24:24 | Blacked Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 6 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash:<br>902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-12-2022 13:15:28 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 7 | Info Hash: 5BA2DA08C36A2FA2409D662E9FA861EF6F8BF8E0<br>File Hash:<br>8A1A323D6C4C043B7BCD347E9251972CDCB448681EACFF6CB828C5935E3EC390 | 11-22-2022 06:09:49 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 8 | Info Hash: 03B6BB24DA9C4E80EA798BFC2896AF206AD038C5<br>File Hash:<br>7677CE41C30DA090BB1E8AA6B71C9C9171E5A8A7E333B829865B315804350A16 | 10-19-2022 13:47:43 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 9 | Info Hash: D47E01E2CA5037A23C4261C7797EE76B7835A88E<br>File Hash:<br>A93CFA441DEEA9ACA5EFC97EA3735CEF22C1180174598230CB1F69A6900B005E | 10-06-2022 05:46:59 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 10 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash:<br>00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 09-08-2022 14:36:15 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 11 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash:<br>33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 09-08-2022 14:36:08 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: A4D740048B2F6B92372354BA6C770CC6AFCC786B<br>File Hash: 9A5459E9729C934E53BC2A8D78BB1B0A29A01B2655A39238FF87B6D0DED01BDD | 08-31-2022 14:43:56 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 13 | Info Hash: A094D1B37027F18D222F5F72FA87E5A1EBF01227<br>File Hash: 2EC8860584B79BCB67154A882143B4D280EE98082A029FD0C797F40793A7D34B | 08-16-2022 07:55:25 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 14 | Info Hash: 0FCAA61F92AF9997AEBB0A97190AA3D92FA93A9B<br>File Hash: 1E0291D01B8378E2F3CD123FEC159275C6C5F65797B8E38A855CDB69E632784A | 08-06-2022 14:10:19 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 15 | Info Hash: 67AFA0C22392BF43BB0C9F890B0701FE72CF0B78<br>File Hash: B7EA5B6778A1DA271595E5FFBDF5FB5B3BD407EA694BB1BB3F0FB73CF014CA82 | 08-02-2022 06:01:42 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 16 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash: 3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 07-28-2022 01:51:25 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 17 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash: CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 07-27-2022 12:28:45 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 18 | Info Hash: D73D84EA314E0FF698536A45595592C277D8F6C5<br>File Hash: A8E5C067293F41DEA80AB05236733C455D1AC72FC8F4A66F7C7E20570AC3D873 | 07-22-2022 14:26:19 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |
| 19 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash: A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 07-19-2022 06:05:37 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 20 | Info Hash: 2449483BE6EA802A3EA1CEC474394619355169B8<br>File Hash: CE872CB85CE5B80A49D14DDC065EB78E031CB62CE51C24A210A69FACAB14ECF0 | 07-18-2022 05:43:01 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 21 | Info Hash: CAA1DD05BF6575C8B47341C4E15A88FD3F0FF0DA<br>File Hash: EC51CE82B5229B431FB52886F86419C2CCE3EA3B3F6E44E614350E34C6B0A2A0 | 07-14-2022 12:14:39 | Blacked Raw | 07-11-2022 | 07-22-2022 | PA0002359473 |
| 22 | Info Hash: 97E745DBCA3A5ABB0C4DF155BF57BC99DB12CAC2<br>File Hash: B91659FD65466E2815B3953087174BB6E3B5BC17921F9F1EFD17A5F646774951 | 07-11-2022 13:07:03 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 23 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash: 2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 07-10-2022 13:52:16 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 82003FA3F1D27428055C82847B7B1F4EA6B5DEED<br>File Hash: 98E7266C7066407987B8D5228A6AF7F34E6F457FABD55ECC23F7A22A55D55B11 | 07-05-2022 06:21:54 | Blacked | 05-14-2022 | 05-20-2022 | PA0002350380 |
| 25 | Info Hash: DB3EBCE7076A06A8F2B73908F81290364C52B8BB<br>File Hash: 06C8AFA9E139462886113AC003C5C2C5DF1F5D247BB48EAA22EE4A2C4CEE6640 | 07-05-2022 06:15:07 | Blacked Raw | 04-25-2022 | 05-20-2022 | PA0002350387 |
| 26 | Info Hash: AAE348D90C4FA39840051273248DBE0EA9D7FE9D<br>File Hash: E562B3825FE50F9CC794DC8E409512EB0E44398E0F90D53EE11B138015C05EA5 | 07-03-2022 21:00:02 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 27 | Info Hash: F81CE28FE9EBF38DDC6BD65EF545FE9D45AB0F5C<br>File Hash: CFCA30A575EC682A41EEE611A1D5F88666A5ADE1DFE65CC761774D742A47CA7D | 06-30-2022 00:16:39 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 28 | Info Hash: BDC478B3399A146077FBE08EF9A6B73E770BCED9<br>File Hash: A324B0DEA377CBC655B19BC9E32457684F1E0477064899BA8036545191AAE735 | 06-28-2022 13:32:40 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 29 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash: 1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 06-26-2022 13:34:49 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 30 | Info Hash: 4CB02C24ADB67B79CD91DC3DF8597864A023F35D<br>File Hash: 086EF829F4F3DA1A06C21F4CC9D530EDBF094DD4A323F12FEED72D9104139F49 | 06-23-2022 12:52:49 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 31 | Info Hash: 7C5664503A6507504F1DD34CF346C34C843E29E1<br>File Hash: B4C3341D97F538C2E474C49482AE121A378BAB847204DD5013AD20E9BC5CBA8A | 06-20-2022 18:50:01 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 32 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash: C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 06-19-2022 19:45:44 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 33 | Info Hash: 15CB885D6AA92500ECF4FC37630A10CBBE5A6A3C<br>File Hash: EE56C81F2B4A0EDE5614B55DFDBF70E8EB8E2C779103E227B3C91148FAA539CA | 06-12-2022 13:48:30 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 34 | Info Hash: B82C01991EEB4A25F31C65FF84CDC8CB1B253F59<br>File Hash: CF5A358526923E89773249E53032E4B840AE51281850ABEE0268E3D4A18164A7 | 06-09-2022 13:10:05 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 35 | Info Hash: 481E17F8D7675CF80AE86CE65F29DF161AAD4028<br>File Hash: 8AECAB7B7178E865A7AD3128AD39A0B8EB907BEA115303BAC0C93517BECA52E9 | 06-02-2022 14:37:49 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4<br>File Hash:<br>F21E9548AB0C5E16975FFC58376333C59E66BC315D487F173E604E6027D5AA47 | 07-21-2021 16:07:12 | Blacked Raw | 03-08-2018 | 04-17-2018 | PA0002116094 |
| 37 | Info Hash: 2F7F33BF3A666ABE2F530743283BCDE814015848<br>File Hash:<br>2A98BD6222D5067954E6E39B48F5307B88F73327A96596ADE8DC8E3EDD3E8C25 | 07-16-2021 05:14:29 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |